## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tan Grow Inc.

                                    Plaintiff,

v.                                                             Case No.: 1:21−cv−03685

                                                                      Honorable Sharon Johnson Coleman

Cloud Dynamics (Tianjin) Electronic Commerce Ltd., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 10/22/2021. Defendants did not appear nor contact the Court. Plaintiff's motion for preliminary injunction [11] is granted. Counsel is to submit a proposed order in Word format to the Court's proposed order email at Proposed_Order_Coleman@ilnd.uscourts.gov. Telephone status hearing is set for 12/9/2021 at 10:30 AM. The call−in number is (877)336−1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.